AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

LUCY CLARK,

    Plaintiff,

          **v.**

MICHAEL ROSENTHAL and KEVIN MCCLANAHAN,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 126-074

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order dated May 28, 2026, the Magistrate Judge's Report and

Recommendation is adopted as the opinion of the Court. Therefore, this case is dismissed for failure

to state a claim upon which relief may be granted.. This case stands closed.

5/28/2026
_____
*Date*

John E. Triplett, Clerk of Court
_____
*Clerk*

*Martha C Monroe*
_____
*(By) Deputy Clerk*

GAS Rev 10/2020